McGREGOR W. SCOTT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:20-MC-00073-TLN-CKD |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN  AN INDICTMENT ALLEGING FORFEITURE |
| APPROXIMATELY $9,960.00 IN U.S. CURRENCY, | |
| Defendant. | |

It is hereby stipulated by and between the United States of America and potential claimant

Tunisha Vance ("claimant"), by and through their respective counsel, as follows:

1.      On or about January 10, 2020, claimant filed a claim in the administrative forfeiture

proceeding with the U.S. Postal Inspection Service with respect to the Approximately $9,960.00 in U.S.

Currency (hereafter "defendant currency"), which was seized on October 26, 2019.

2.      The U.S. Postal Inspection Service has sent the written notice of intent to forfeit required

by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a

claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than claimant

has filed a claim to the defendant currency as required by law in the administrative forfeiture proceeding.

3.      Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for

forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant

currency is subject to forfeiture within ninety days after a claim has been filed in the administrative

1

Stipulation and Order to Extend Time

forfeiture proceeding, unless the court extends the deadline for good cause shown or by agreement of the parties.  That deadline was April 9, 2020.

4.      By Stipulation and Order filed April 1, 2020, the parties stipulated to extend to July 8, 2020, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

5.      By Stipulation and Order filed July 1, 2020, the parties stipulated to extend to September 7, 2020, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

6.      As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to November 6, 2020, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

7.      Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to November 6, 2020.

Dated: 9/2/2020                                             McGREGOR W. SCOTT
                                                                     United States Attorney

                                                     By:    /s/ Kevin C. Khasigian
                                                                     KEVIN C. KHASIGIAN
                                                                     Assistant U.S. Attorney


Dated: 9/2/2020                                             /s/ Jacek W. Lentz
                                                                     JACEK W. LENTZ
                                                                     Attorney for potential claimant
                                                                     Tunisha Vance

                                                                     (Signature authorized by email)


        **IT IS SO ORDERED**.

Dated:  September 2, 2020

                                                                     _____
                                                                     Troy L. Nunley
                                                                     United States District Judge

2

Stipulation and Order to Extend Time