```
 1  PHILLIP A. TALBERT
    Acting United States Attorney
 2  KEVIN C. KHASIGIAN
    Assistant United States Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA  95814
 4  Telephone: (916) 554-2700

 5  Attorneys for the United States
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:20-MC-00073-TLN-CKD |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |
| APPROXIMATELY $9,960.00 IN U.S. CURRENCY, | |
| Defendant. | |

It is hereby stipulated by and between the United States of America and potential claimant Tunisha Vance ("claimant"), by and through their respective counsel, as follows:

1. On or about January 10, 2020, claimant filed a claim in the administrative forfeiture proceeding with the U.S. Postal Inspection Service with respect to the Approximately $9,960.00 in U.S. Currency (hereafter "defendant currency"), which was seized on October 26, 2019.

2. The U.S. Postal Inspection Service has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties. The time has expired for any person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than claimant has filed a claim to the defendant currency as required by law in the administrative forfeiture proceeding.

3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture

proceeding, unless the court extends the deadline for good cause shown or by agreement of the parties. That deadline was April 9, 2020.

4. By Stipulation and Order filed April 1, 2020, the parties stipulated to extend to July 8, 2020, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

5. By Stipulation and Order filed July 1, 2020, the parties stipulated to extend to September 7, 2020, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

6. By Stipulation and Order filed September 3, 2020, the parties stipulated to extend to November 6, 2020, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

7. By Stipulation and Order filed October 30, 2020, the parties stipulated to extend to January 5, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

8. By Stipulation and Order filed December 31, 2020, the parties stipulated to extend to March 6, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

9. By Stipulation and Order filed March 3, 2021, the parties stipulated to extend to April 5, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

10. By Stipulation and Order filed March 31, 2021, the parties stipulated to extend to May 5, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the

///

| | |
|---|---|
| 1 | defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture. |
| 3 | 11. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to August 3, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture. |
| 7 | 12. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to August 3, 2021. |

Dated: 5/3/2021               PHILLIP A. TALBERT
                              Acting United States Attorney

                      By:     /s/ Kevin C. Khasigian
                              KEVIN C. KHASIGIAN
                              Assistant United States Attorney

Dated: 5/3/2021               /s/ Jacek W. Lentz
                              JACEK W. LENTZ
                              Attorney for potential claimant
                              Tunisha Vance

                              (Signature authorized by phone)

**IT IS SO ORDERED**.

Dated: May 3, 2021

                              _____
                              Troy L. Nunley
                              United States District Judge